No. 1192. ZICARELLI v. NEW JERSEY STATE COMMISSION OF INVESTIGATION. Application for bail denied. MR. JUSTICE DOUGLAS is of the opinion that the application should be granted. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application. [See 397 U. S. 932.]

No. 1289. PALMER ET AL. v. THOMPSON, MAYOR OF THE CITY OF JACKSON, ET AL. C. A. 5th Cir. [Certiorari granted, 397 U. S. 1035.] Motion of petitioners to remove case from summary calendar denied. However, 15 additional minutes allotted to each side.

No. 1922, Misc. IN RE DISBARMENT OF ALLISON. It having been reported to the Court that Earl W. Allison of Columbus, Ohio, has been indefinitely suspended from the practice of law by the Supreme Court of the State of Ohio, and this Court by order of March 30, 1970 [397 U. S. 1005], having suspended the said Earl W. Allison from the practice of law in this Court and directed that a rule issue requiring him to show cause why he should not be disbarred;

And it appearing that the said rule was duly issued and served upon the respondent, and that the time within which to file a return to the rule has expired;

IT IS ORDERED that the said Earl W. Allison be, and he is hereby, disbarred from the practice of law in this Court and that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.

No. 1463, Misc. MAY v. DONA ANA COUNTY, NEW MEXICO. Motion for leave to file petition for writ of mandamus denied without prejudice to the right of petitioner to apply to appropriate state court for the relief sought. Smith v. Hooey, Judge, 393 U. S. 374, and Dickey v. Florida, ante, p. 30.